**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In Re:     Shawn M Hout                              )          Case No. 19-21383
                                                              )
                          Debtor                      )

**REQUEST FOR ATTORNEYS FEES PURSUANT TO §503(b)**

COMES NOW, Ryan A Blay, attorney for the Debtor, and pursuant to 11 U.S.C. §503(b) hereby requests the allowance of attorney fees. In support thereof, the undersigned states the following:

1.      The undersigned attorney was retained by the Debtor to represent him in the above described Chapter 13 proceeding.

2.      The Agreement for legal services between the Debtor and Debtor's Counsel provides that Debtor's Counsel is to be paid the sum of $3,600.00 for representation in this matter. Debtor's Counsel has performed services and incurred expenses with respect to this matter, the reasonable value of such is at least the sum of $3,600.00.

3.      Debtors have paid $200.00 towards those fees leaving a balance of $3,400.00 that is presently due to the undersigned Counsel.

4.      Debtor's Counsel has determined from information obtained from the National Data Center that the Trustee is presently in possession of undistributed funds in the amount of $2,699.50.

5.      Debtor's Chapter 13 filing fee has been paid in full.

6.      The rate charged and the time expended by the undersigned Counsel in matters related to this motion are reasonable considering the issues presented in this case. The rate charged in this case is commensurate with the rate charged by other attorneys in this community for comparable legal services and the results accomplished by performance of such services.

7.      This case was filed on July 3, 2019. Debtor's Counsel maintained weekly communication with Debtor to try to obtain confirmation of his Chapter 13 Plan without success.

8.      Trustee filed a Motion to Dismiss Case on March 24, 2020, an Order Dismissing Debtor's case was filed on April 16, 2020.

9.      The Chapter 13 Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

WHEREFORE, Debtor's Counsel requests an Order of this Honorable Court allowing compensation in the amount of $2,699.50 [less the trustee's fees, if any], to be paid by the Trustee as an administrative expense, pursuant to 11 U.S.C. §503(b).

Dated: 04/28/2020

Respectfully submitted,
WM Law

/s/ Ryan A Blay
Ryan A Blay, KS# 28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
## ON DEBTOR'S COUNSEL'S REQUEST FOR ATTORNEY FEES PURUSANT TO §503(b)

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before May 19, 2020, the Court will enter an order prepared and submitted by the movant within thirty-one (31) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on June 23, 2020 at 9:30 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2020, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF. See attached mailing matrix.

/s/ Ryan A Blay

Label Matrix for local noticing
1083-2
Case 19-21383
District of Kansas
Kansas City
Fri Apr 17 22:49:02 CDT 2020

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Meritrust Credit Union
PO Box 75037
Wichita, KS 67275-0037

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Bank
PO Box 130424
Saint Paul MN 55113-0004

American Infosource LP
as Agent for T-Mobile
PO Box 248848
Oklahoma City OK 73124-8848

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Aspire Resources Inc. obo
US Department of Education
6775 Vista Dr.
West Des Moines IA 50266-9305

Attorney Eric D. Bruce
PO Box 75037
obo Mid American Credit Union
Wichita KS 67275-0037

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Cavalry SPV I, LLC as asignee
of Capital One Bank (USA) N.A.
c/o Bass & Associates, PC
3936 E. Ft. Lowell Rd. Ste 200
Tucson AZ 85712-1083

Central National Bank c/o
Pendleton & Sutton, LLC
1031 Vermont St., Ste. B
Lawrence KS 66044-6002

Christi Hout
Topeka KS

Continental Title Company
c/o Matthrew McBride, CFO
8455 College Blvd.
Overland Park KS 66210-1838

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Creditors Service Bureau
3410 SW Van Buren Street
PO Box 5009
Topeka KS 66605-0009

Creditors Service Bureau
3410 SW Van Buren Street
Topeka KS 66611-2479

Creditors Service Bureau Inc.
3410 SW Van Buren, PO Box 5009
Topeka KS 66605-0009

Family Centered Medicine LLC
4930 Overland Drive
Lawrence KS 66049-4132

Ferguson Enterprises
9301 Rosehill Road
Lenexa KS 66215-3762

Internal Revenue Service
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia PA 19101-7346

Kansas Counselors
PO Box 14765
Shawnee Mission KS 66285-4765

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-2005

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601

Kansas Turnpike Authority
9401 E Kellogg,
Wichita KS 67207-1804

LCA Collections
PO Box 2240
Burlington NC 27216-2240

Lawrence Memorial Hospital
325 Maine St.
Attn: Billing
Lawrence KS 66044-1360

Lawrence Memorial Hospital
PO Box 809008
Kansas City MO 64180-9008

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

| | | |
|---|---|---|
| Mark Bowden<br>25810 Primrose Lane<br>Lawrence KS 66044-7408 | Meritrust Credit Union<br>PO Bxo 789757<br>Wichita KS 67278-9757 | Mid American Credit Union<br>8404 W Kellogg Dr<br>Wichita KS 67209-1897 |
| Nebraska Furniture Mart<br>PO Box 3000<br>Omaha NE 68103-3030 | Neenan Company<br>attn: Nathan C. Harbur<br>11150 Overbrook Rd, Ste. 350<br>Leawood KS 66211-2239 | Planet Fitness<br>2525 Iowa St.<br>Lawrence KS 66046-4071 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pro Tech Plumbing LLC<br>2921 Harvard Road<br>Lawrence KS 66049-3001 | Quantum3 Group LLC<br>PO Box 788<br>as agent for Comenity Bank<br>Kirkland WA 98083-0788 |
| Radiologic Professional Serv<br>PO Box 1103<br>Wichita KS 67201-1103 | Sleepmed/Digitrace Care Svcs<br>200 Corporate Place #5B<br>Peabody MA 01960-3840 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| US Department of Education<br>MOHELA<br>PO Box 105347<br>Atlanta GA 30348-5347 | US Department of EducationMOHELA<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 |
| Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | Shawn Michael Hout<br>2921 Harvard Road<br>Lawrence, KS 66049-3001 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>271 W 3rd St N Ste 3000<br>Stop 5333 WIC<br>Wichita, KS 67202 | Credit Acceptance<br>25505 W Twelve MIle Road<br>Southfield MI 48034 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Credit Acceptance Corporation

(d)Meritrust Credit Union
PO Box 75037
Wichita KS 67275-0037

End of Label Matrix
Mailable recipients    47
Bypassed recipients     2
Total                  49