**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 9th day of July, 2020.**



Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:   Shawn M Hout          )          Case No.   19-21383
                               )
                    Debtor     )

### ORDER APPROVING DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION PURSUANT TO 11 U.S.C. SEC 503(b), DOCUMENT #56

Debtor's Counsel's Application for Compensation Pursuant to 11 U.S.C. Sec 503(b), Document #56, was filed on April 28, 2020.  Debtor's Motion, having been noticed with an opportunity for hearing, with no objections filed and no hearing held, the Court finds that the Motion is granted.

It is therefore ORDERED that said Application be granted awarding $2,699.50 [less the Trustee's fees, if any] to WM Law to be paid by the Trustee as an administrative expense.

IT IS SO ORDERED

### ###

Respectfully Submitted,
WM Law

s/ Ryan A Blay
Ryan A Blay, KS# 28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857

# Notice Recipients

District/Off: 1083–2        User: admin                Date Created: 7/9/2020

Case: 19–21383             Form ID: pdf020           Total: 3

**Recipients of Notice of Electronic Filing:**
ust        U.S. Trustee         ustpregion20.wi.ecf@usdoj.gov
tr         William H Griffin        inquiries@13trusteekc.com
aty        Ryan A Blay          blay@wagonergroup.com

TOTAL: 3